# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Rammie Manley,

    Plaintiff,

v.

L. Hughes, *et al.*,

    Defendants.

Case No. 2:18-cv-310

Judge Michael H. Watson
Magistrate Judge Deavers

## ORDER

Rammie Manley ("Plaintiff"), an inmate proceeding *pro se*, brings this § 1983 action against Defendant Ohio Department of Rehabilitation and Corrections ("ODRC") and ten individual Ohio State Penitentiary ("OSP") corrections officers and lieutenants. Compl. 2–5, ECF No. 1. On May 24, 2018, Magistrate Judge Deavers, to whom this case was referred, conducted an initial screening of Plaintiff's Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b) and issued a Report and Recommendation ("R&R") recommending that the Court dismiss Plaintiff's claim against ODRC for failure to state a claim. R&R 1, ECF No. 6. Plaintiff's remaining claims against the ten individual OSP employees arise from incidents relating to his confinement in OSP, which is located in Mahoning County, Ohio, under the jurisdictional purview of the United States District Court for the Northern District of Ohio, Eastern Division. *See* 28 U.S.C. § 115(a)(1). Accordingly, Magistrate Judge Deavers further recommends

that this action be transferred to the United States District Court for the Northern District of Ohio, Eastern Division, at Youngstown because venue is not proper for Plaintiff's remaining claims against the individual OSP employees. R&R 4, ECF No. 6.

The R&R advised the parties of their right to file objections to the same and specifically advised that the failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the decision of the District Court. *Id.* at 5. The time for filing objections has passed, and none were filed.

Having received no objections, the Court **AFFIRMS** and **ADOPTS** the R&R and **DISMISSES** Plaintiff's claims against ODRC. Moreover, the Court **ORDERS** that this case be **TRANSFERRED** pursuant to 28 U.S.C. § 1404(a) or 1406 to the United States District Court for the Northern District of Ohio Eastern Division at Youngstown.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
**UNITED STATES DISTRICT COURT**